135 F.3d 765
 Thomas C. Moone, James A. Hicks
v.
Robert D. Petrilli, District Director, Robert Hromack,
Parole Agent II, Lawrence Turner, PA State Institutional
Parole Supervisor, William Bradford, PA State Institutional
Parole Officer, Mary A. Snider, PA State Institutional
Parole Officer, Debra Lahr, PA State Institutional Parole
Assistant, Gilbert A. Walter, Superintendent, Sara Brandon,
Grievance Coordinator, Wayne Logue, Unit Manager, Roger
Swanson, Drug/Alcohol Treatment
 NO. 97-3350
 United States Court of Appeals,
Third Circuit.
 Dec 01, 1997
 
 Appeal From: W.D.Pa. ,No.96cv02028 ,
 Ziegler, J.
 
 
 1
 Affirmed.